[S. F. No. 4475. In Bank.—February 9, 1906.]

In the Matter of the Estate of ASA R. WELLS, Deceased.

ESTATES OF DECEASED PERSONS—ORDER SETTING APART HOMESTEAD—
APPEALS—DISMISSAL—ABSENCE OF UNDERTAKING.—Where an ap-
pellant has filed no undertaking on appeal from orders setting
apart a homestead in the matter of the estate of a deceased person,
and has made no appearance to a motion of the respondent to dis-
miss the appeals, with which he has been duly served, the appeals
will be dismissed.

MOTION to dismiss two appeals from an order of the Su-
perior Court of the City and County of San Francisco setting
apart a homestead. J. V. Coffey, Judge.

The facts are stated in the opinion of the court.

Alexander & Church, for Appellants.

C. H. Wilson, for Respondent.

THE COURT.—This case is before us on a motion of Reba
E. Wells to dismiss two appeals from an order setting apart
to her a homestead. One of the appeals is by Laura M. Wells,
Susie B. Wells, and Asa H. Wells, and the other by William
W. Wells. The appellants Laura M., Susie B., and Asa H.
Wells have by their attorneys executed and filed a written
instrument withdrawing their appeal and ask this court to
dismiss the same without costs. As to the appellant William
W. Wells, it fully appears from the record that he filed his
notice of appeal on the nineteenth day of October, 1905, from
the order setting aside the homestead, but he did not at the
time of the notice file, and he has not since filed, any under-
taking on appeal. He was duly served with notice of the
hearing of this present motion to dismiss, and made no ap-
pearance or defense thereto. It seems clear therefore that
the motion to dismiss the two appeals should be granted.

The motion to dismiss the said two appeals is granted, and
the same are dismissed, but without costs against the appel-
lants Laura M. Wells, Susie B. Wells, and Asa H. Wells.